IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTWYON ALFORD | : | |
| Plaintiff | : | |
| v | : | Civil Action No. AW-05-2795 |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | : | |
| | : | |
| Defendant | | |

o0o
### **MEMORANDUM**

The above-captioned civil rights action was filed on October 6, 2005. Plaintiff is a prisoner at the Maryland House of Correction Annex: therefore, the complaint is subject to review under 28 U.S.C. §1915A, which requires this Court to screen prisoner complaints and dismiss any complaint that is frivolous, malicious or fails to state a claim upon which relief may be granted.

Even when the instant complaint is liberally construed, it contains no allegations from which a plausible cause of action might be discerned. Plaintiff simply repeats the phrase, "I would like to work as opposed to being idle and do so as an emergency as in A.S.A.P. think milk pastries and doughnuts you got any dreams I want them too" eighteen times throughout the form complaint. Paper No. 1. Accordingly, the complaint must be dismissed as frivolous.

Plaintiff is reminded that under 28 U.S.C. §1915(g) he will not be granted *in forma pauperis* status if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted,

unless the prisoner is under imminent danger of serious physical injury". The instant case will be the first filed by Plaintiff that has been dismissed as frivolous.   A separate Order follows.


<u>October 25, 2005</u>                                         <u>        /s/                                        </u>
Date                                                            Alexander Williams, Jr.
                                                                United States District Judge